

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00585-CV

Sandra Pena
v.
Reynol Pena

On appeal from the
389th District Court of Hidalgo County, Texas
Trial Cause No. F-2318-17-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged fifty percent against appellant although she is exempt from payment due to her affidavit of inability to pay costs and fifty percent against appellee.

We further order this decision certified below for observance.

July 5, 2018